AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B.L.Lewis <br> *Plaintiff* <br> v. <br> MSM, INC., D/B/A/ MERCURY COMMUNICATIONS COMPANY, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:12 CV 175 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wert Yerger, III       Or       (Alternate address)
2125 Heritage                            125 South Congress, STE. 1600 Hills Dr.
Jackson, MS 39201                        Jackson, MS 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: MAR 1 2 2012                                    *L. Smith*
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B.L.Lewis<br>*Plaintiff*<br>v.<br>MSM, INC., D/B/A/ MERCURY COMMUNICATIONS COMPANY, et al.<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:12CV175 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William M. Yandell, III
6082 Woodway Drive
Memphis, Tenn. 38120

or

5350 Poplar Ave., Suite 875
Memphis, Tenn. 38119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: MAR 1 2 2012

*E. Smith*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B.L.Lewis <br> *Plaintiff* <br> v. <br> MSM, INC., D/B/A/ MERCURY COMMUNICATIONS COMPANY, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV175 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Mounger
4321 E. Eastmanor Court
Jackson, MS  39211

Or (alternate address)  4114 North Honeysuckle Lane
Jackson, MS  39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: MAR 1 2 2012

*E. Smith*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Oaklea Phillips, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:12 CV 175 DPJ-FKB |
| MSM, Inc., d/b/a Mercury Communications, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Mounger, II
Individually and as President of MSO, Inc., and MSO, Inc.
4720 I-55 North, Suite 100
Jackson, Miss 39211
or
1410 Livingston Lane
Ridgeland, Mss 89158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

CLERK OF COURT

Date: MAR 1 2 2012

*E. Smith*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi ▼

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER, B.L.LEWIS III<br>heirs-at-law of B.L. Lewis III<br><br>*Plaintiff*<br>v.<br>MSM, Inc., d/b/a Mercury Communications,<br>Company, et al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:12CV175 DPJ-FKB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James A. Murrell, III
122 Moss Creek Drive   or  100 North Hill
La Grange, Ga. 30240        Peachtree City, Ga. 30269

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: MAR 1 2 2012                              *J. Smith*
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER<br>and B.L. LEWIS, III, Heirs at Law of B.L.Lewis<br>*Plaintiff*<br>v.<br>MSM, INC., D/B/A/ MERCURY<br>COMMUNICATIONS COMPANY, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:12CV175 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E. B. Martin, Jr.
Individually and as Vice-President, Sect-Treas. of MSM, Inc. and MSO, Inc.
222 Ridge Drive
Jackson, MS  39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date:  MAR 1 2 2012

E. Smith

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B.L.Lewis <br> *Plaintiff* <br> v. <br> MSM, INC., D/B/A/ MERCURY COMMUNICATIONS COMPANY, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:12 CV 175 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Bailey
595 Burnham Road
Brandon, MS  39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: MAR 1 2 2012

*E. Smith*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

OAKLEA PHILLIPS, VONDA SILER
and B.L. LEWIS, III, Heirs at Law of B.L.Lewis )
)
*Plaintiff* )
v. ) Civil Action No. 3:12CV175 DPJ-FKB
)
MSM, INC., D/B/A/ MERCURY )
COMMUNICATIONS COMPANY, et al. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Wes Daughdrill, Agent for Process For MSM, Inc. and MSO, Inc.
210 E. Capital Street, Suite 2000
Jackson, MS 39225-3059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David J. Potter
Attorney at Law
901 N. Stateline Ave.
Texarkana, Texas 75501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: MAR 1 2 2012         *E. Smith*
                            *Signature of Clerk or Deputy Clerk*