IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B.L. Lewis<br>**Plaintiffs**<br><br>v.<br><br>MSM, INC., D/B/A/ MERCURY COMMUNICATIONS COMPANY, MSO, INC., DAVID BAILEY, E. B. MARTIN, Jr., JAMES A. MURRELL, III, WILLIAM M. MOUNGER, II, ROBERT G. MOUNGER, WERT A. YEAGER, III, AND WILLIAM M. YANDELL, III<br>**Defendants** | §§§§§§§§§§§§§§§§ Civil Action 3:12CV175 DPJ-FKB |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 4 2012
J T NOBLIN, CLERK
BY _____ DEPUTY

### AMENDED APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:   David J. Potter

Firm Name:   David J. Potter and Associates

Office Address: 901 North State Line Avenue

City:   Texarkana                   State  TX              Zip  71854

Telephone:   (903) 794-2283                  Fax: (903) 792-6553

E-Mail:   dpotter@potter-law.com

(B)   Client(s):   Oaklea Phillips, Vonda Siler and B.L. Lewis, III, heirs at law of B.L. Lewis

Address:   Vonda Siler: 509East Franklin Street

City:   Siloam Springs           State  AR              Zip  72761

Page 1

Telephone :   (479) 236-4286              Fax: (479) 521-6761

Address:   Oaklea Phillips: 117 Allen Cove
City:   Marion                     State AR              Zip 72369
Telephone :   (870) 739-1967            Fax: N/A
Address:   B.L. Lewis, III: P.O. Box 5486
City:   Katy                       State TX              Zip 77491
Telephone :   (281) 398-0004           Fax: (281) 398- 0007

FORM 6 (ND/SD Miss. DEC. 2010)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

RESPONSE: Applicant has represented the B.L. Lewis, now deceased, and as result of the judgement obtained in that representation, now represents the plaintiffs as the heirs at law of B.L. Lewis and now represents them for the purpose of collecting that judgement. There has been representation by the applicant of the parties in this case in other litigation in the federal court in the state of Arkansas, the judgement of which was registered in this court.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

RESPONSE: Applicant has pesonal knowledge of the facts and history of this case and of the parties. The historical facts of this case as relavant to this litagation are complex and the undersigned applicant is best suited to pursue this matter.

(C)  Applicant is admitted to practice in the:

  __X__ State of Arkansas

  __X__ State of Texas

  __X__ Federal Eastern and Western Districts of Arkansas

  __X__ Federal Northern and Eastern Districts of Texas

  __X__ 4th Circuit Court of Appeals

  __X__ 8th Circuit Court of Appeals

  __X__ United States Supreme Court

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

United States District for the Eastern and Western Districts of Arkansas, 600 West Capital

Avenue, Suite A-149, Little Rock, AR 72201-3325; Phone: (870) 773-3381;

Email: tex_info@arwd.uscourts.gov

FORM 6 (ND/SD Miss. DEC. 2010)

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Arkansas | April 8, 1970 - Present |
| State of Texas | May 18, 1970 - Present |
| United States District for the Northern District of Texas | August 13, 1971 - Present |
| Eastern District of Texas | October 12, 1970 - Present |
| Western District of Arkansas | July 16, 1970 - Present |
| United States Court of Appeals for the 8th Circuit | January 15, 1981 - Present |
| United States Court of Appeals for the 5th Circuit | August 12, 1987 - Present |
| United States Supreme Court | August 1, 1978 - Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Has Applicant been denied admission pro hac vice in this state? | ❑ | X |
|  | Has Applicant had admission pro hac vice revoked in this state? | ❑ | X |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ❑ | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ❑ | X |

FORM 6 (ND/SD Miss. DEC. 2010)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|   |   | Yes | No |
|---|---|---|---|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years f for disobeying its rules or orders? | ❑ | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

Forms 6 (ND/SD Miss. DEC. 2010)

                                                                                                           Yes        No

(I)    Has Applicant read and become familiar with all the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?
        X         ☐

Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?
        X         ☐

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No:    Sam M. Brand /MSB No: 4310

Firm Name:    Sam M. Brand, Attorney at Law

Office Address:    125 South Congress Street, P.O. Box 39225

City:    Jackson    State MS    Zip 39225

Telephone:    (601) 949-7575    Fax: (601) 949-7574

E-Mail:    sambrand@sbrandlaw.com

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                                                       Sam Brand, Resident Attorney

I certify that the information provided in this Application is true and correct.

Date:  3/26/12                                                       David J. Potter, Applicant Attorney

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 26th day of March, 2012.

_____
David J. Potter, Applicant